John W. Drury, Illinois Bar No. 6282785
*Admitted Pro Hac Vice*
**SEYFARTH SHAW LLP**
jdrury@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

John Craiger (AZ # 021731)
**POLSINELLI PC**
One East Washington, Suite 1200
Phoenix, Arizona 85004
Telephone: 602.650.2000
Facsimile: 602.264.7033
jcraiger@polsinelli.com

*Attorneys for Defendant*
*Data Diver Technologies, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Joseph Cross, | Case No.: 2:26-cv-01550-DJH |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE** |
| Data Diver Technologies LLC, | |
| Defendant. | |

Pursuant to Local Rule 5.2, Defendant Data Diver Technologies, LLC ("Data Diver") provides notice to the Court that Data Diver's First Set of Discovery Requests to Plaintiff were served via email to all counsel of record on June 1, 2026.

Respectfully submitted,

1

326269420v.1

DATED: June 1, 2026

By: */s/ John Drury*
    John W. Drury
    Admitted *Pro Hac Vice*
    SEYFARTH SHAW LLP

    John S. Craiger
    Blaize M. Boles
    POLSINELLI PC

    Counsel for Defendant
    Data Diver Technologies, LLC

- 2 -

326269420v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**SEYFARTH SHAW LLP**

*/s/ John Drury*
John W. Drury

- 3 -

326269420v.1